**Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00415-CV

## IN THE MATTER OF THE MARRIAGE OF ANGIE J. PHEBUS AND ROBERT W. PHEBUS

**On Appeal from the County Court at Law No. 1
Galveston County, Texas
Trial Court Cause No. 15-FD-1502**

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal from a judgment signed July 27, 2016. Appellant filed a timely motion for new trial on August 22, 2016. Appellant's notice of appeal was filed May 16, 2018.

When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a).

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3.

On June 7, 2018, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.